UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. MACIEL, | ) | 1:05-CV-1117 REC LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | |
| | ) | [Doc. #6] |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 1, 2005, Petitioner filed a request for more time to file objections to the Findings and Recommendation. On November 29, 2005e, Petitioner filed his objections. Petitioner having presented good cause to the court in his November 1, 2005, request, the Court will grant Petitioner's request for an extension of time to file objections *nunc pro tunc* to November 29, 2005.

Accordingly, it is HEREBY ORDERED that Petitioner's request for an extension of time to file objections is granted *nunc pro tunc* to November 29, 2005.

IT IS SO ORDERED.

**Dated:    December 14, 2005**          /s/ Lawrence J. O'Neill
23ehd0                                   UNITED STATES MAGISTRATE JUDGE