

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

Petitioner

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

1:05-CV-01117 OWW/LJO HC

JAMES A. YATES,

Respondent
_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

___X___   Denied for the following reason:
FACTS DO NOT JUSTIFY EQUITABLE TOLLING of AEDPA STATUTE of LIMITATIONS FOR PRISONER WHO HAS BEEN CHALLENGING HIS ACCESS TO PROPERTY SINCE 2000.

Dated: 10-13-06

OLIVER W. WANGER
United States District Judge