IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MACIEL,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES,<br><br>　　　　Respondent.<br>_____/ | 1:05-CV-1117 OWW LJO HC<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(Document No. 29) |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

　　　　On September 1, 2005, petitioner filed petition for writ of habeas corpus together with an application to proceed in forma pauperis. On October 4, 2005, petitioner was granted in forma pauperis status. Due to the fact that petitioner was granted in forma status, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis on appeal is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:　November 2, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
23ehd0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE